[No. 9026–4–III.   Division Three.   January 19, 1989.]

NORMAN KAGELE, ET AL, *Appellants,* v. AETNA LIFE & CASUALTY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Adams

County, No. 86–2–00007–4, Gordon Swyter, J., entered November 30, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.